**No. 11-6840. Tri D. Nguyen, Petitioner v. Tom Felker, Warden.**

565 U.S. 1118, 132 S. Ct. 1008, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 324.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6841. Carlos A. McGrew, Petitioner v. Cindy Vannoy, et al.**

565 U.S. 1118, 132 S. Ct. 1008, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 291.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6845. Frank Parker, Petitioner v. Mitch Perry, Warden.**

565 U.S. 1118, 132 S. Ct. 1009, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 362.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6851. Larry Wayne Anderson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1118, 132 S. Ct. 1009, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 232.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6854. Tony L. Vann, Petitioner v. Dennis L. Wieneke, et al.**

565 U.S. 1118, 132 S. Ct. 1009, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 273,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 433 Fed. Appx. 679.

**No. 11-6858. Terry Thorne-El, Petitioner v. North Carolina.**

565 U.S. 1118, 132 S. Ct. 1009, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 378.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 446 Fed. Appx. 578.

**No. 11-6862. Glenn Lee Selden, Petitioner v. Florida, et al.**

565 U.S. 1118, 132 S. Ct. 1009, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 127,

January 9, 2012. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 77 So. 3d 1261.

**No. 11-6867. Donald W. Crawford, Petitioner v. Jesse L. Davis, et al.**

565 U.S. 1118, 132 S. Ct. 1010, 181 L. Ed. 2d 747, 2012 U.S. LEXIS 165.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.